**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

**JEFFREY S. EATON**
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301
❏ P.O. BOX 998
BRATTLEBORO 05302-0998
(802) 254-0250
❏ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

July 18, 2012

John B. Garvey, Prof.
University of New Hampshire School of Law
2 White Street
Concord, NH 03301

Re:   *Irving et al v. Burlington Health and Rehabilitation Center, LLC*
      Docket No. 2:10-CV-153

Dear Professor Garvey:

     This is a reminder that the Court is awaiting the Evaluator's Report for the session held June 26, 2012 in the above-captioned matter. Please forward the Report to me as soon as possible. Refer to Local Rule 16.1(j) as to what should be contained in the Evaluator's Report. If you have any questions, please feel free to call me.

                    Sincerely,

                    */s/ H. Beth Cota*
                    H. Beth Cota
                    ENE Administrator
                    (802) 951-6395x113

cc:   Counsel of record